## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  14CV740                                          Purchased/Filed: February 4, 2014

STATE OF NEW YORK      UNITED STATES DISTRICT COURT              SOUTHERN DISTRICT

---

*Yehuda Katz, Individually and on behalf of a class*                                 Plaintiff

against

*The Donna Karan Company, LLC; The Donna Karan Company Sore, LLC and Donna Karan*     Defendant
*International Inc.*

---

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

_____Heather Morigerato_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____February 19, 2014_____, at __11:45 am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint - Class Action Jury Trial Demanded

on _____The Donna Karan Company, LLC_____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__
Color of skin: __White__   Hair color: __Brown__   Sex: __Male__   Other: _____

Sworn to before me on this

__26th__ day of _____ February, 2014_____

DIANE KOEHLER
NOTARY PUBLIC, State of New York
No. 01KO6202736, Albany County
Commission Expires March 23, 2017

Heather Morigerato
**Attny's File No.**
Invoice•Work Order # SP1401897

**SERVICO. INC.** – PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179