Case 1:14-cv-00740-PAC   Document 21   Filed 05/13/14   Page 1 of 2



**Shimshon Wexler <swexleresq@gmail.com>**

## Katz v. DKNY [IWOV-HR125B.FID1121099]

**Mashberg, Gregg M.** <GMashberg@proskauer.com>       Fri, May 9, 2014 at 3:08 PM
To: "Daniel V. Gsovski" <DGsovski@herzfeld-rubin.com>
Cc: "Howard L. Wexler" <HWexler@herzfeld-rubin.com>, "swexleresq@gmail.com" <swexleresq@gmail.com>, "Sims, Charles S." <CSims@proskauer.com>, "Wexler_ Shimshon_ Katz_ Yehuda individually and on behalf of a class v_ The Donna Karan Company_ LLC_ The Donna Karan Company Store_ LLC_ Donna Karan International_ Inc_ _91485_0005_ Correspondence_Email <{F1121099}.HR125B@hr125b-wcs01.herzfeld-rubin.com>" <{F1121099}.HR125B@hr125b-wcs01.herzfeld-rubin.com>

Daniel,

We consent to your corrective filing.

Sincerely,

Gregg M. Mashberg
Proskauer Rose LLP
212.969.3450

On May 9, 2014, at 11:13 AM, "Daniel V. Gsovski" <DGsovski@herzfeld-rubin.com> wrote:

> Dear Mr. Mashberg:
>
> This confirms yesterday's voicemail request for your consent to refiling our amended complaint in the above matter.
>
> As you are aware, the filing was timely made on Tuesday, per my stipulation with Chuck Sims so ordered by the Court. However, technical errors in checking boxes in the filing process require that it be repeated.
>
> The ECF office advises that we must have either a Court order or your consent to such an "out of time" filing. If there is no response to this request by Monday, May 12, we will apply directly to Judge Crotty for appropriate permission to make the filing, but I am sure we both would rather not have to involve the Court on such a matter.
>
> I directed this request to you as Chuck's assistant advised that you were covering this matter while he is on vacation. If someone else is the proper addressee of this request, kindly forward it appropriately.
>
> Very Truly Yours,
>
> Daniel V. Gsovski
>
> Herzfeld & Rubin, P.C.
>
> 125 Broad Street
>
> New York, New York 10004
>
> dgsovski@herzfeld-rubin.com
>
> Telephone: (212) 471-8512
>
> Mobile: (917) 640-6194

Case 1:14-cv-00740-PAC   Document 21   Filed 05/13/14   Page 2 of 2

Fax: (212) 344-3333

<image001.jpg>

CONFIDENTIAL AND PRIVILEGED COMMUNICATION: This communication and any attachment to this communication is confidential, is intended solely for the use of the individual or entity to which this communication is addressed and is privileged and exempt from disclosure under applicable law. If you are not the intended recipient, you are strictly prohibited from all dissemination, distribution, copying or use of this communication or such attachment. If you have received this communication or any attachment to this communication in error, please immediately notify the sender by email or by calling (212) 471-8500 or one of the numbers above and delete and destroy the communication or attachment you have received and all copies thereof. Receipt by an individual or entity, through misdirection, error or mistake, or by wrongful dissemination, does not waive any attorney client, work product or other legal or private privilege, and does not invalidate the sender's requirement and expectation of confidentiality and privacy.

IRS CIRCULAR 230 NOTICE: IRS CIRCULAR 230 REQUIRES THAT WE ADVISE YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION OR IN ANY ATTACHMENT HERETO IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR PURPOSE OF (1) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

---

************************************************************
To ensure compliance with requirements imposed by U.S.
Treasury Regulations, Proskauer Rose LLP informs you that
any U.S. tax advice contained in this communication
(including any attachments) was not intended or written to
be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

************************************************************
This message and its attachments are sent from a law firm
and may contain information that is confidential and
protected by privilege from disclosure. If you are not the
intended recipient, you are prohibited from printing,
copying, forwarding or saving them. Please delete the
message and attachments without printing, copying,
forwarding or saving them, and notify the sender
immediately.



image001.jpg
5K