Charles S. Sims - csims@proskauer.com
Gregg Mashberg - gmashberg@proskauer.com
PROSKAUER ROSE LLP
11 Times Square
New York, New York 10036
(212) 969-3950
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

YEHUDA KATZ, individually and on
behalf of all others similarly situated,

14 Civ. 740  (PAC)

                              *Plaintiff,*

    against

THE DONNA KARAN COMPANY, LLC; THE
DONNA KARAN COMPANY STORE, LLC;
AND DONNA KARAN INTERNATIONAL
INC.,

                              *Defendants.*

------------------------------------------------------------

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants provide the following disclosures:

LVMH Moët Hennessy - Louis Vuitton SA is a publicly traded company, and the parent company of Donna Karan International Inc.

LVMH Moët Hennessy - Louis Vuitton SA is the parent company of The Donna Karan Company LLC.

LVMH Moët Hennessy - Louis Vuitton SA and Donna Karan International Inc. are parent companies of The Donna Karan Company Store LLC.

There are no other publicly held corporations that own 10% or more of the stock of any of the defendants.

New York, New York
June 9, 2014

Respectfully submitted,

PROSKAUER ROSE LLP

By:  /s/ Charles S. Sims
Charles S. Sims
Gregg M. Mashberg
David A. Munkittrick
*Attorneys for Defendants*