# Exhibit B



```
                     RECEIPT_413_02022014 (2).txt
                 DKNY SOHO
              420 West Broadway
              New York, NY 10012
          Telephone: (646)613-1100



                       SALE


          <Slsprsn: ANN No. 96412>
022548167205 DKNY MEN'S 1OZ            42.00
Subtotal                              $42.00
Sales Tax 8.875%                        3.73
Total                                 $45.73
Visa                                  $45.73
  Card No. REDACTEDXXXXXX0352 <S>
  Expiration Date XX/XX
  Auth. No. 09121C
  14/02/02 - 17:12
--------------------------------------------
Purchase                          $  45.73
--------------------------------------------
APPROVED
--------------------------------------------
       Please Retain for Your Records


Store: 0413     Reg: 02     Tran: 103582
Date: 02/02/14 Time: 17:12   Assoc: 094654

                Item(s) Sold: 1
              Item(s) Returned: 0

          Thank you for shopping at
                   DKNY SOHO

BARCODE SYMBOLOGY=PTR_BCS_ITF, DATA= 041302103582020214
```