

**HERZFELD & RUBIN, P.C.**
ATTORNEYS AT LAW      125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500  FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

August 27, 2014

**Howard L. Wexler**
Direct Line:  (212) 471-8480
hwexler@herzfeld-rubin.com

**VIA ELECTRONIC FILING
AND REGULAR MAIL**
Justice Paul A. Crotty
US District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:   Katz v. The Donna Karan Company, LLC et al
              Case 1:14-cv-00740-PAC
              <u>Our File No.: 91485.0005</u>

Dear Justice Crotty:

       Please be advised that Charles Crum is no longer with our firm.  I have been told that Your Honor has to be notified in order to have Mr. Crum removed from the electronic filing for this case.  Would Your Honor kindly endorse permission to remove his name on this letter so we can prevent any confusion.

                        Respectfully submitted,

HLW:mb

                        Howard L. Wexler

        <u>**Via E-mail**</u>
cc:   Charles S.  Sims, Esq.
       Daniel V. Gsovski, Esq.
       David Alexander Munkittrick, Esq.
       Gregg M. Mashberg, Esq.
       Shimshon Wexler, Esq.
       Charles Crum, Esq.

**AFFILIATES**

LIVINGSTON, NEW JERSEY        LOS ANGELES, CALIFORNIA        GARDEN CITY, NEW YORK

BUCHAREST, ROMANIA        YANGON, MYANMAR