

HERZFELD &
RUBIN, P.C.
ATTORNEYS AT LAW   125 BROAD STREET, NEW YORK, NY 10004  TEL 212 471-8500  FAX 212 344-3333  WWW.HERZFELD-RUBIN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: <u>August 28, 2014</u>

August 27, 2014

**Howard L. Wexler**
Direct Line: (212) 471-8480
hwexler@herzfeld-rubin.com

**VIA ELECTRONIC FILING**
**AND REGULAR MAIL**
Justice Paul A. Crotty
US District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

The Clerk of Court is directed to terminate Mr. Crum from this case.  SO
ORDERED - 8-28-14

Paul A. Crotty, U.S.D.J

   Re: Katz v. The Donna Karan Company, LLC et al
     Case 1:14-cv-00740-PAC
     <u>Our File No.: 91485.0005</u>

Dear Justice Crotty:

  Please be advised that Charles Crum is no longer with our firm.  I have been told that Your Honor has to be notified in order to have Mr. Crum removed from the electronic filing for this case.  Would Your Honor kindly endorse permission to remove his name on this letter so we can prevent any confusion.

       Respectfully submitted,

       Howard L. Wexler

HLW:mb

   **Via E-mail**
cc: Charles S. Sims, Esq.
  Daniel V. Gsovski, Esq.
  David Alexander Munkittrick, Esq.
  Gregg M. Mashberg, Esq.
  Shimshon Wexler, Esq.
  Charles Crum, Esq.

**AFFILIATES**

LIVINGSTON, NEW JERSEY   LOS ANGELES, CALIFORNIA   GARDEN CITY, NEW YORK

BUCHAREST, ROMANIA   YANGON, MYANMAR