

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

**DANIEL V. GSOVSKI**
Direct Dial 212: 471-8512
dgsovski@herzfeld-rubin.com

October 24, 2014

**BY ECF**
Hon. Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Katz v. The Donna Karan Company LLC, et al., 14 civ 740 (PAC)**

Dear Judge Crotty:

On behalf of Plaintiff Yehuda Katz, we write to advise that *Crupar-Weinmann v. Paris Baguette Am., Inc.*, 2014 U.S. Dist. LEXIS 91119 (S.D.N.Y. June 29, 2014), discussed by both sides on the pending Motion to Dismiss, is now before the Second Circuit. Notice of appeal from the denial of reconsideration, 2014 U.S. Dist. LEXIS 122887 (S.D.N.Y. Sept. 2, 2014), was filed October 1, 2014.

Respectfully,

Daniel V. Gsovski

cc: All Counsel (by ECF)

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7. STRADA PUTUL CU PLOPI
BUCHAREST 1, ROMANIA
TELEPHONE: (40) (21) 311-1460