

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

**DANIEL V. GSOVSKI**
Direct Line: (212) 471-8512
dgsovski@herzfeld-rubin.com

July 14, 2016

**BY ECF**
Hon. Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan
United States Courthouse, 500 Pearl St.
New York, NY 10007-1312

   **Re: Katz v. The Donna Karan Company LLC, et al., 14 Civ. 740 (PAC)**

Dear Judge Crotty:

  On behalf of Plaintiff Yehuda Katz, I write to advise that the parties have agreed that on or before August 2, 2016, Plaintiff will file a Second Amended Complaint in accord with the Second Circuit's order remanding this case. (Dkt. No. 46)

  To whatever extent the new pleading may require it, Plaintiff will seek leave under Fed. R. Civ. P. 15. The parties are in dispute as to the availability of such a motion.

         Respectfully,

         /s/ Daniel V. Gsovski
         Daniel V. Gsovski

cc: All counsel (by ECF)

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7. STRADA PUTUL CU PLOPI
BUCHAREST 1, ROMANIA
TELEPHONE: (40) (21) 311-1460